No. 74–1283. C. N. S. Enterprises, Inc., et al. *v.*
G. & G. Enterprises, Inc., et al. C. A. 7th Cir. Cer-
tiorari denied.

No. 74–1284. Edmunds *v.* Chang, Judge. C. A. 9th
Cir. Certiorari denied.

No. 74–1285. Muller *v.* United States Steel Corp.
C. A. 10th Cir. Certiorari denied.

No. 74–1292. Parks *v.* United States. C. A. 5th
Cir. Certiorari denied.

No. 74–1298. Michael *v.* United States. C. A. 4th
Cir. Certiorari denied.

No. 74–1301. Louisiana *v.* Birabent. Sup. Ct. La.
Certiorari denied.

No. 74–1313. Snell *v.* United States. C. A. 5th
Cir. Certiorari denied.

No. 74–1322. Bodzin et ux. *v.* Commissioner of
Internal Revenue. C. A. 4th Cir. Certiorari denied.

No. 74–1323. Douglas *v.* United States. Ct. Cl.
Certiorari denied.

No. 74–1332. Britt *v.* United States. C. A. 5th
Cir. Certiorari denied.

No. 74–1336. Morrill *v.* United States. C. A. 7th
Cir. Certiorari denied.

No. 74–1337. Rahn *v.* United States. C. A. 10th
Cir. Certiorari denied.